**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALERIE LYNNE JACKSON,<br><br>　　　　　　　Defendant. | Case No. 25cr3318-JES<br>　　　　　　25MJ4156<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of Fentanyl<br>(Felony) |

　　The United States Attorney charges:

　　On or about July 30, 2025, within the Southern District of California, Defendant, VALERIE LYNNE JACKSON, did knowingly and intentionally import 40 grams and more, to wit: approximately 284.10 grams (0.62 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: 8/26/2025　　　　．

　　　　　　　　　　　　　　　　ADAM GORDON
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Kaley S. Chan*
　　　　　　　　　　　　　　　　KALEY S. CHAN
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

KSCH:sal:8/14/2025